THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK B. WILLARD, Respondent, *v.* GENERAL REDUCTION COMPANY et al., Appellants.

*People ex rel. Willard* v. *General Reduction Co.*, 155 App. Div. 935, affirmed.

(Argued June 2, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to exhibit to the relator, a director of the defendant corporation, certain notes and papers.

*George Edwin Joseph* and *David M. Neuberger*, for appellants.

*Carl S. Stern* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.